> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: DEC 1 3 2007

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

November 26, 2007

By Fax

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS
DEC 1 3 2007

Re: Sharon Thompson v. Astrue
    07 Civ. 7793 (BSJ)

Dear Judge Jones:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. Due to the press or work, I have not been able to review this case. Therefore, I respectfully request an extension of sixty days from today November 26, 2007, to January 27, 2008, to respond to the complaint.

This is defendant's first request for an extension of time to answer the complaint. On October 26, 2007, this Office sent to plaintiff *pro se* a proposed stipulation extending defendant's time to answer. To date, plaintiff has not returned the stipulation. In addition, we attempted to contact plaintiff by telephone to request her consent, but were not able to speak with her.

Thank you for your consideration of this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

          By: _____
                LESLIE A. RAMIREZ-FISHER
                Assistant U.S. Attorney
                Telephone: (212) 637-0378
                Fax: (212) 637-2750

cc: Sharon Thompson, Plaintiff Pro Se (by mail)