UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :

SHARON L. THOMPSON,
                                            :

            Plaintiff,                      :

            -against-                       :

COMMISSIONER OF SOCIAL SECURITY,            :

            Defendant.                      :
------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08**

**SCHEDULING ORDER
IN SOCIAL SECURITY CASE**

07 Civ. 7793 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

    A complaint having been filed on September 4, 2007, and an answer having been filed on

January 25, 2008, it is hereby ORDERED that:

    1.    On or before March 10, 2008, defendant shall serve and file a motion for
          judgment on the pleadings.

    2.    On or before March 24, 2008, plaintiff shall serve and file papers in opposition.

    3.    On or before April 7, 2008, defendant shall serve and file a reply, if any.

    4.    Should plaintiff fail to oppose defendant's motion, this Court may recommend
          that motion be granted by default.


    SO ORDERED.

Dated:    New York, New York
          January 28, 2008

                                        _____
                                            FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable George B. Damiels
United States District Judge

Sharon L. Thompson
1605 Nelson Avenue, #4E
Bronx, New York  10453

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Via Facsimile @(212) 637-2750