**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 4 2008
```

86 Chambers Street
New York, New York 10007

March 10, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

**MAR 1 4 2008**
**APPLICATION GRANTED**
**SO ORDERED**

*Frank Maas, USMJ* 3/10/08

By Fax

Honorable Frank Maas
United States District Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: Sharon Thompson v. Astrue
07 Civ. 7793 (BSJ) (FM)
(GBD)

Dear Judge Maas:

    This Office represents the Commissioner of Social Security (the "Commissioner"), defendant in the above-referenced action. During my preparation of defendant's motion for judgment on the pleadings, I encountered several issues that required that I seek additional information from the Agency. Therefore, with the consent of plaintiff pro se, I respectfully request an extension of thirty days from today March 10, 2008, to April 9, 2008, to file defendant's motion for judgment on the pleadings.

    Should the Court grant this request, defendant's brief would be due on April 9, 2008, plaintiff's opposition would be on due April 23, 2008, and defendant's reply, if any, would be due on April 30, 2008.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Sharon Thompson, Plaintiff Pro Se