

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/10/08]

April 9, 2008

By Fax

Honorable Frank Maas
United States District Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

[signature]

Frank Maas, USMJ  4/9/08

Re:  Sharon Thompson v. Astrue
     07 Civ. 7793 (BSJ) (FM)

Dear Judge Maas:

  This Office represents the Commissioner of Social Security (the "Commissioner"), defendant in the above-referenced action.

  On March 17, 2008, this Office wrote to plaintiff pro se to inform her that the Agency wished to seek a voluntary remand of this matter. We spoke to plaintiff last week at which time she indicated that she would return the stipulation. As of today, we have not received a signed stipulation. Today, we telephoned plaintiff but she has not returned our telephone call.

  To allow the parties to continue to explore the possibility of settling this matter without further litigation, I respectfully request a two week extension of time from today, April 9, 2008, to April 23, 2008, to submit a signed stipulation of remand, or if the parties do not agree, a motion in support of remand.

  One prior extension has been granted to the defendant on the briefing schedule, as defendant's motion was originally due on March 10, 2008.

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: *[signature]*
        LESLIE A. RAMIREZ-FISHER
        Assistant U.S. Attorney
        Telephone: (212) 637-0378
        Fax: (212) 637-2750

cc: Sharon Thompson, Plaintiff Pro Se